UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MELISSA NIGH,

          Plaintiff,                       ORDER

          v.                             Case No. 13-cv-183-wmc

SCHOOL DISTRICT OF MELLEN,

          Defendants.

---

The court having been advised by counsel that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 3rd day of October, 2014.

BY THE COURT:

/s/

_____
William M. Conley
District Judge